Argued and submitted March 8, 1993, award of attorney fees and sanctions reversed; otherwise affirmed March 16, 1994

Nick ALBRECHT,
*Appellant,*

*v.*

Deborah K. HADLEY,
James M. Hadley,
*Respondents,*

*and*

FRED MEYER, INC.,
an Oregon corporation,
*Defendant.*

(9104-02176; CA A73581)

869 P2d 907

Ivan M. Karmel argued the cause and filed the briefs for appellant.

Holly J. Hummel argued the cause and filed the brief for respondent Deborah K. Hadley.

Tyler Marshall waived appearance for respondent James M. Hadley.

Before Deits, Presiding Judge, and Richardson, Chief Judge,* and Riggs, Judge.

PER CURIAM

---

* Richardson, C. J., *vice* Durham, J.

## PER CURIAM

Plaintiff appeals from the adverse judgment in this declaratory judgment action. We reverse the attorney fees and sanctions awarded against him pursuant to ORS 20.105 and ORCP 17. The complaint and the action are not *"entirely* devoid of legal or factual support." *Mattiza v. Foster*, 311 Or 1, 8, 803 P2d 723 (1990) (footnote omitted; emphasis supplied); *see also Westfall v. Rust International*, 314 Or 553, 840 P2d 700 (1992). Plaintiff's other contentions are without merit and require no discussion.

Defendant Deborah Hadley seeks damages pursuant to ORS 19.160 and sanctions pursuant to ORCP 17 for plaintiff's prosecution of this appeal. They are denied.

Award of attorney fees and sanctions pursuant to ORS 20.105 and ORCP 17 reversed; otherwise affirmed.